UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EMMANUEL SKOUNTZOS,

Defendant.

**ORDER**

23 Cr. 473 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the sentencing of the Defendant will take place on **Thursday, February 8, 2024, at 3:00 p.m.** Any submissions on behalf of the Defendant are due on January 11, 2024, and any submission by the Government is due on January 18, 2024.

Dated:    New York, New York
            November 14, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge